Before NEWMAN, Circuit Judge, PLAGER, Senior Circuit Judge, and GAJARSA, Circuit Judge.

### JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED: *AFFIRMED. See* Fed. Cir. R. 36

**HM ELECTRONICS, INC.,**
**Plaintiff–Appellant,**

v.

**MINNESOTA MINING AND MAN-UFACTURING COMPANY,**
**Defendant–Appellee.**

**No. 02–1037.**

United States Court of Appeals, Federal Circuit.

July 17, 2002.

Before NEWMAN, Circuit Judge, PLAGER, Senior Circuit Judge, and GAJARSA, Circuit Judge.

### JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED: *AFFIRMED. See* Fed. Cir. R. 36

**PLASTIC SAFETY SYSTEMS,**
**INC., Plaintiff–Appellee,**

v.

**TRAFFIX DEVICES, INC.,**
**Defendant–Appellant.**

**No. 02–1349.**

United States Court of Appeals, Federal Circuit.

July 19, 2002.

### ORDER

The appellant having failed to file the brief required by Federal Circuit Rule

31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Charles E. BENEDICT and Automatic Lightswitch, L.L.C., Plaintiffs–Appellants,**

v.

**GENERAL MOTORS CORPORATION Defendant–Appellee,**

**and**

**DELPHI AUTOMOTIVE SYSTEMS, Defendant–Appellee.**

No. 02–1353.

United States Court of Appeals, Federal Circuit.

July 19, 2002.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**THE TIMKEN COMPANY and MPB Corporation, Plaintiffs–Appellants,**

v.

**SKF U.S.A., INC., doing business as MRC Bearings, an unincorporated division of SKF U.S.A., Inc., Defendant–Appellee.**

No. 02–1362.

United States Court of Appeals, Federal Circuit.

July 19, 2002.

Order Vacated and Recalled Aug. 20, 2002.

ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.